O
JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| ANTHONY BOUYER, | Case No.: 21-cv-02096-ODW (JDEx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| 4400 RIVERSIDE DRIVE, LLC, a California limited liability company; and DOES 1–10, inclusive, | |
| Defendants. | |

On August 23, 2021, the Court granted Plaintiff's motion for default judgment. Accordingly, it is therefore **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. Plaintiff shall have Judgment on his Americans with Disabilities Act ("ADA") cause of action;

2. Regarding the restaurant "Lemonade," located at the real property 4400 West Riverside Drive, Burbank, California 91505, Defendant shall make the restroom mirror, soap dispenser, and slope of accessible parking space(s) compliant with the ADA and ADA guidelines; and

3. Plaintiff may recover $690.63 in attorneys' fees and $400.00 in costs.

The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

August 23, 2021

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**